UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Dismissal with prejudice acknowledged.
> JRS, DJ, 9/3/2020
> Distribution to all parties of record via CM/ECF.

| | |
|---|---|
| SHERRY A. KNOLL, individually and on behalf of all others similarly situated : : : Plaintiff, : : v. : : TITAN RESTAURANT GROUP, LLC. : d/b/a DONATOS PIZZA, : : Defendant. : | Case No.  1:18-cv-2632-JRS-DML |

## STIPULATED DISMISSAL WITH PREJUDICE

This case having been resolved, all claims are hereby dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with prejudice. The Court retains jurisdiction with respect to enforcement of the settlement reached by the parties.

STIPULATED:

*/s/ Robert Kondras, Jr.*
Robert P. Kondras, Jr.
Attorney No. 18038-84
HUNT, HASSLER, KONDRAS & MILLER LLP
100 Cherry Street
Terre Haute, IN 47807
Telephone: (812) 232-9691
Fax: (812) 234-2881
kondras@huntlawfirm.net

Brian R. Drummy
Bunger & Robertson
226 S. College Ave.
Bloomington, IN 47404
Telephone: (812) 332-9295
Fax: (812) 331-8808
bdrummy@lawbr.com

Counsel for Plaintiff Sherry Knoll

109780\000004\4850-5283-7833